UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. EDCV 10-01585-CJC(SSx)            Date: October 28, 2010

Title: <u>DEUTSCHE BANK NATIONAL TRUST COMPANY v. SALVADOR DELUCIO ET AL.</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

<u>Michelle Urie</u>                          <u>N/A</u>
Deputy Clerk                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                          None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER REMANDING CASE TO STATE COURT** [filed 10/15/10]

       Plaintiff Deutsche Bank National Trust Company filed suit in California state court on November 4, 2009 alleging the state law claim of unlawful detainer and seeking less than $10,000 in damages. (Notice of Removal, Ex. 1.) Defendants Salvador Delucio and Veronica Gonzalez removed this action from state court on October 15, 2010 alleging federal question and diversity jurisdiction. (Notice of Removal at 2–3.)

       In a case removed from state court, a district court must remand the case to state court if it appears at any time before final judgment that the district court lacks subject matter jurisdiction. 28 U.S.C. §1447(c). A federal court has subject matter jurisdiction over a case that either raises a question under federal law or is between diverse parties and involves an amount in controversy of over $75,000. 28 U.S.C. §§ 1331, 1332. The Court, on its own motion, REMANDS this suit to state court because the Court lacks subject matter jurisdiction.

       In their notice of removal, Defendants argue that this case arises under federal law as a result of "the state court [C]omplaint plead[ing] and alleg[ing] claims 'arising under' Federal Law," (Notice of Removal at 3), and the Defendants' "[d]iscovery [r]equest and [d]emand for" an original promissory note and "to identify the statutory basis for the discovery request/demand and other claims," (Notice of Removal at 2). But neither

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. EDCV 10-01585-CJC(SSx)                                      Date: October 28, 2010
                                                                                               Page 2

---

Plaintiff's Complaint alleging Defendants violated state law nor Defendants' reference to a discovery dispute arise under federal law and result in federal question jurisdiction.

      Defendants' Notice of Removal also attempts to invoke diversity jurisdiction. The Notice of Removal makes a conclusory statement that "[f]rom the allegations set forth in the State [C]omplaint . . . [Defendants] believe that the amount of controversy exceeds the $ 75,000 (Seventy-Five Thousand Dollars)" requirement. This claim is without merit. Plaintiff's suit is a limited civil case alleging the state law claim of unlawful detainer and seeking less than $10,000 in damages. (Notice of Removal, Ex. 1.) Although Plaintiff sought damages of $100.00 per day until the time of judgment, the Complaint expressly stipulates that "Plaintiff waives all damages in excess of the jurisdictional limit." (Notice of Removal, Ex. 1 at 3.)

      Therefore, the Court, on its own motion, hereby REMANDS this suit to state court because the Court lacks subject matter jurisdiction.

tlh

MINUTES FORM 11
CIVIL-GEN                                                                                        Initials of Deputy Clerk MU